I BRAUN DEGENSHEIN (SBN 138832)
email: info@ibdlaw.com
Attorney at Law
81 Skyway Lane
Oakland, California 94619
Telephone: (510) 553-9669
Facsimile: (510) 633-1900

Attorney for Plaintiff/Counterdefendant
PRINCESS PAPER, INC.

HARVEY SISKIND LLP
IAN K. BOYD (SBN 191434)
email: iboyd@harveysiskind.com
RAFFI V. ZEROUNIAN (SBN 236388)
email: rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

LOCKE LIDDELL & SAPP, LLP
Paul C. Van Slyke (*pro hac vice*)
email: pvanslyke@lockeliddell.com
Tanya Chaney (*pro hac vice*)
email: tchaney@lockeliddell.com
Nathan Dunn (*pro hac vice*)
email: ndunn@lockeliddell.com
3300 Chase Tower, 600 Travis
Houston, Texas 77002
Telephone: (713) 226-1406
Facsimile: (713) 223-3717

Attorneys for Defendant/Counterplaintiff SYSCO CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PRINCESS PAPER, INC.<br><br>        Plaintiff/Counterdefendant.<br><br>vs.<br><br>SYSCO CORP.<br><br>        Defendant/Counterplaintiff. | Case No.: C 06-3249 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND JUDGMENT BY CONSENT OF THE PARTIES** |

STIPULATION AND [PROPOSED] ORDER TO AMEND JUDGMENT        CASE NO. C 06-3249 MHP
BY CONSENT OF THE PARTIES

Plaintiff/Counterdefendant Princess Paper, Inc. and Defendant/Counterplaintiff Sysco Corporation ("Sysco"), through their counsel, hereby stipulate to amend the May 15, 2007 Stipulation and Order Entering Judgment by Consent of the Parties (Paper # 30) as follows:

Paragraph 25(b) of the Order is amended to delete the words "distribution of" and to read as follows:

b) For Sysco – "paper products, namely facial tissue and toilet paper, purchased from others and usually packaged in cases for sale to the janitorial, sanitary and food service trade."

Respectfully submitted,

Dated: September 1, 2007

/s/

I. Braun Degenshein
81 Skyway Lane
Oakland, CA 94619
Attorney for Plaintiff/Counterdefendant
Princess Paper, Inc.

Dated: September 4, 2007

/s/

Paul C. Van Slyke (*pro hac vice*)
Tanya Chaney (*pro hac vice*)
Nathan Dunn (*pro hac vice*)
LOCKE LIDDELL & SAPP, LLP
3300 Chase Tower, 600 Travis
Houston, Texas 77002
Attorneys for Defendant/Counterplaintiff
Sysco Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/6/2007

The Honorable
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER TO AMEND JUDGMENT         CASE NO. C 06-3249 MHP
BY CONSENT OF THE PARTIES