I BRAUN DEGENSHEIN (SBN 138832)
email: info@ibdlaw.com
Attorney at Law
81 Skyway Lane
Oakland, California 94619
Telephone: (510) 553-9669
Facsimile: (510) 633-1900

Attorney for Plaintiff/Counterdefendant
PRINCESS PAPER, INC.

HARVEY SISKIND LLP
IAN K. BOYD (SBN 191434)
email: iboyd@harveysiskind.com
RAFFI V. ZEROUNIAN (SBN 236388)
email: rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

LOCKE LIDDELL & SAPP, LLP
Paul C. Van Slyke (*pro hac vice*)
email: pvanslyke@lockeliddell.com
Tanya Chaney (*pro hac vice*)
email: tchaney@lockeliddell.com
Nathan Dunn (*pro hac vice*)
email: ndunn@lockeliddell.com
3300 Chase Tower, 600 Travis
Houston, Texas 77002
Telephone: (713) 226-1406
Facsimile: (713) 223-3717

Attorneys for Defendant/Counterplaintiff SYSCO CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PRINCESS PAPER, INC.,<br><br>    Plaintiff/Counterdefendant.<br><br>vs.<br><br>SYSCO CORP.<br><br>    Defendant/Counterplaintiff. | Case No.: C 06-3249 MHP<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO AMEND JUDGMENT BY CONSENT OF THE PARTIES** |

1  Plaintiff/Counterdefendant Princess Paper, Inc. ("Princess" or "Princess Paper") and
2  Defendant/Counterplaintiff Sysco Corporation ("Sysco"), through their counsel, hereby stipulate to
3  amend the May 15, 2007 Stipulation and Order Entering Judgment by Consent of the Parties (Paper #
4  30) as follows:

5  Paragraph 15 of the Order is amended to add the following:

6  After beginning the process for manufacturing the new printing plates by the initial
7  manufacturer designated by Sysco, Sysco shall have the right to require that Princess use another
8  manufacturer of its selection to complete the manufacture of new printing plates upon payment to
9  Princess of the sum of $35,000 in full satisfaction of its obligation to pay for the cost of manufacture
10 and shipping of the new plates.  Sysco will pay the cost of all artwork and other costs incurred to date
11 with the initial manufacturer and will instruct the initial manufacturer to provide to Princess without
12 charge to Princess any artwork and other work product prepared for Princess that is in its possession
13 that would assist Princess in making new printing plates with another manufacturer.

14 Paragraph 22 of the Order is amended to read as follows:

15 Princess Paper may continue to sell and exhaust its inventory of products on which the
16 IMPERIAL mark is used until July 31, 2008.  To the extent that Princess Paper has not exhausted its
17 inventory on or before July 31, 2008, Princess Paper shall immediately thereafter cease selling its
18 IMPERIAL paper products in their old-style wrappers, packages and cartons and either destroy any
19 remaining inventory of such products or repackage such remaining inventory to comply with the
20 redesign terms of this Order.

21                                           Respectfully submitted,

22

23 Dated:                                            /s/
                                                   ─────────────────────────────
24                                           I. Braun Degenshein
                                              81 Skyway Lane
25                                            Oakland, CA 94619
                                              Attorney for Plaintiff/Counterdefendant
26                                            Princess Paper, Inc.

27
                                              - 1 -
28 SECOND STIPULATION AND [PROPOSED] ORDER                            CASE NO. C 06-3249 MHP
   TO AMEND JUDGMENT BY CONSENT OF THE PARTIES

Dated: _____   /s/ _____
Paul C. Van Slyke *(pro hac vice)*
Tanya Chaney *(pro hac vice)*
Nathan Dunn *(pro hac vice)*
LOCKE LIDDELL & SAPP, LLP
3300 Chase Tower, 600 Travis
Houston, Texas 77002
Attorneys for Defendant/Counterplaintiff
Sysco Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 3, 2007

_____
The Honorable Marilyn H. Patel
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*